# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Ashavan "Billy" Purchess

Case No. Civil 00-1589 PAM/JGL

Plaintiff

v.

**JUDGMENT IN A CIVIL CASE**

Constance Reese, Warden

Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Magistrate Judge Lebedoff's Report and Recommendation is adopted. Petitioner's application to proceed without prepayment of fees is denied. Petitioner's motion for appointment of counsel is denied. Petitioner's application for writ of habeas corpus is dismissed without prejudice.

DATE: September 7, 2000

FRANCIS E. DOSAL, CLERK

________________________________

Victoria Moralez, Deputy Clerk